# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARIE ANTONOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:26-cv-01755-SAB<br><br>ORDER REGARDING STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 11) |

Plaintiff Samantha Marie Antonow commenced this action on March 4, 2026, challenging the Commissioner of Social Security's final decision that denied her application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 7, 13, 14.) On June 12, 2026, the parties filed a stipulation to remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action, IT IS HEREBY ORDERED that:

1.　This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 11);

2.　All pending dates and matters are VACATED; and

///

3.      Judgment shall be ENTERED in favor of Plaintiff Samantha Marie Antonow and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **June 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2