# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARIE ANTONOW,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-01755-SAB<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 17) |

On July 8, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 17.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of EIGHT THOUSAND EIGHT HUNDRED AND 00/100 ($8,800.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  __July 9, 2026__

_____
STANLEY A. BOONE
United States Magistrate Judge

1